ANDREA E. BATES, ESQ, SBN 192491
Abates@Bates-Bates.com
MICHAEL A. BOSWELL, ESQ. SBN 198994
MBoswell@Bates-Bates.com
BATES & BATES, LLC
964 DeKalb Avenue, Suite 101
Atlanta, Georgia 30307
Phone  (866)701-0404 and (562) 360-2097
Fax     (404)963-6231

Attorneys for
Plaintiff
GIBSON GUITAR CORP.,

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| GIBSON GUITAR CORP., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SHOPKO HOLDING COMPANY, INC., a Wisconsin corporation, and DOES 1 through 100,<br><br>　　　　　　Defendants, | Case No.  2:10-cv-03111-JAM-JFM<br><br>REQUEST FOR DISMISSAL<br><br>Judge: John A. Mendez |

Comes now Plaintiff, Gibson Guitar Corp ("Gibson"), who respectfully requests this court dismiss this action, with prejudice, pursuant to a settlement reached on December 23rd, 2010 between Gibson and WowWee USA, Inc., the manufacturer of the trademarks in question.

Dated: December 27, 2010     Respectfully Submitted,

　　　　　　　　　　　　　　　　　　BATES & BATES, LLC.

　　　　　　　　　　　　　By: _____

ANDREA E. BATES, ESQ, SBN 192491
Abates@Bates-Bates.com
MICHAEL A. BOSWELL, ESQ. SBN 198994
MBoswell@Bates-Bates.com
964 DeKalb Avenue, Suite 101
Atlanta, Georgia 30307
Tel:       (866) 701-0404 and (562) 360-2097
Fax:      (404) 963-6231

Attorneys for Plaintiff
**GIBSON GUITAR CORP.**

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| GIBSON GUITAR CORP., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SHOPKO HOLDING COMPANY, INC., a Wisconsin corporation, and DOES 1 through 100, <br><br> Defendants, | Case No. 2:10-cv-03111-JAM-JFM <br><br> ORDER TO DISMISS <br><br> Judge: John A. Mendez |

### ORDER DISMISSING COMPLAINT

**AND NOW**, this 20th day of January, 2011, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1), it is hereby

**ORDERED** that this action and all claims asserted in it are **DISMISSED**. Accordingly, Plaintiff's Complaint, and all claims asserted in it, is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

/s/ John A. Mendez
United States District Court Judge
Eastern District of California
Sacramento Division

PDF created with pdfFactory trial version www.pdffactory.com